Filed Feb. 15, 1894.

---

No. 1,266.

## CRAWFORD, TRUSTEE, ETC., v. HEDRICK ET AL.

From the Warren Circuit Court.

*J. F. Hanley* and *E. C. Stansbury*, for appellant.

GAVIN, J.—The material questions presented by the record in this case are similar to those decided by this court in *Crawford, Tr.*, v. *Hedrick*, 9 Ind. App. 356.

Upon the authority of that case, the judgment herein is reversed, with instructions to overrule the demurrer to the complaint.

Filed March 8, 1894.

---

No. 1,238.

## KLUGH v. THE STATE, FOR USE.

From the Blackford Circuit Court.

*J. N. Templer, R. S. Gregory* and *A. C. Silverburg*, for appellant.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce*, for appellee.

PER CURIAM.—Upon the authority of *Wilson* v. *State, ex rel.*, 9 Ind. App. 696, the judgment in this cause is affirmed.

Filed Feb. 15, 1894.